108 A.3d 31

**COMMONWEALTH of Pennsylvania, Respondent**

**v.**

**Jonathan T. MOORE, Petitioner.**

Supreme Court of Pennsylvania.

Jan. 22, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of January, 2015, as Petitioner has previously been denied allocatur at No. 281 EAL 2014, this filing is **DISMISSED.**